# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHIRLEY G. MOLINA,<br><br>Defendant. | NO. CR09-63-RSL<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on September 22, 2010. The United States was represented by Assistant United States Attorney Sarah Vogel, and the defendant by Jay Stansell.

The defendant had been charged and convicted of Acquiring a Controlled Substance by Deception or Subterfuge, in violation of 21 U.S.C.§ 843 (a)(3) and (d). On or about June 26, 2009, defendant was sentenced by the Honorable Robert S. Lasnik, to a term of 3 years probation.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, $3,709.00 restitution, 60 hours community service, search, and substance abuse treatment.

In a Petition for Warrant or Summons, dated September 2, 2010, U.S. Probation Officer Angela M. McGlynn asserted the following violation by defendant of the conditions of her supervised release:

1. Using illegal drugs, cocaine, on or before July 27, and August 3, 2010, and Oxycodone on or before August 20, 2010, in violation of standard condition No. 7.
2. Failing to report for urinalysis testing on or about August 25, and August 27, 2010, as directed, in violation of the special condition requiring the defendant to report for urinalysis testing as directed.
3. Failing to follow the probation officer's instructions given on or about August 3, 2010, in violation of standard condition No. 3.

The defendant was advised of her rights, acknowledged those rights, and admitted to alleged violation numbers 2 and 3.  As to alleged violation 1, defendant admitted using Oxycodone on or before August 20, 2010, in violation of standard condition No. 7, and a hearing was held regarding the remaining portion of alleged violation 1.  At the hearing, defendant was found to have committed the remaining portion of violation 1 regarding using illegal drugs, cocaine, on or before July 27, and August 3, 2010.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as set forth in violation numbers 1, 2 and 3, and that the Court conduct a hearing limited to disposition.  A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on October 13, 2010 at 8:30 a.m.

//
//
//
//

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

1   Pending a final determination by the Court, the defendant has been released, subject to
2   supervision.

3   DATED this 22nd day of September, 2010.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:          Honorable Robert S. Lasnik
     AUSA:                    Ms. Sarah Vogel
     Defendant's attorney:    Mr. Jay Stansell
     Probation officer:       Angela M. McGlynn

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3